AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Adam Gayar,

                    V.

University of Cincinnati College of Medicine,

Case Number:   1:17cv447

Judge Susan J. Dlott

## NOTICE

**TAKE NOTICE** that the PRELIMINARY PRETRIAL CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 227 |
| | DATE AND TIME |
| | November 7, 2017 at 4:00 PM |

SPECIAL INSTRUCTIONS:

1. Discovery Conference to be held and initial written settlement demand to be made no later than October 10, 2017.
2. Filing of Discovery Plan and written response to the settlement demand due no later than October 24, 2017.
3. Ex Parte status and or settlement letters (as more fully set forth in Judge Dlott's Standing Order) are to be submitted to dlott_chambers@ohsd.uscourts.gov three (3) business days before the preliminary pretrial conference.

Richard Nagel, CLERK

   s/Vicki Penley_____
Vicki Penley
Administrative Assistant
(513) 564-7630