UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **ADAM GAYAR,** | : | Case No. 1:17CV00447 |
| Plaintiff, | : | Judge Susan J. Dlott |
| vs. | : | |
| **UNIVERSITY OF CINCINNATI, COLLEGE OF MEDICINE** | : | |
| Defendant. | : | |

_____

### STIPULATION FOR DISMISSAL
_____

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Adam Gayar and Defendant University of Cincinnati, College of Medicine stipulate to the dismissal of this action with prejudice.

Respectfully submitted,

| | |
|---|---|
| *s/Evan T. Priestle (email auth.)* | *s/ Marc D. Mezibov* |
| Doreen Canton (OH No. 0040394) | Marc D. Mezibov (OH No. 0019316) |
| Evan T. Priestle (OH No. 0089889) | Brian J. Butler (OH 0082675) |
| TAFT STETTINIUS & HOLLISTER LLP | MEZIBOV BUTLER |
| 425 Walnut Street, Suite 1800 | 615 Elsinore Place, #105 |
| Cincinnati, OH 45202 | Cincinnati, OH 45202 |
| Ph: (513) 381-2838 | Ph: (513) 621-8800 |
| Fax: (513) 381-0205 | Fax: (513) 621-8833 |
| canton@taftlaw.com | mmezibov@mezibov.com |
| epriestle@taftlaw.com | bbutler@mezibov.com |
| | |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |